1  CHUNG H. HAN (State Bar No. 191757)
   **PERKINS COIE LLP**
2  1620 26th Street, Sixth Floor
   Santa Monica, California 90404-4013
3  Telephone: (310) 788-9900/Fax: (310) 788-3399

4  STEVE Y. KOH (*Pro Hac Vice*)
5  **PERKINS COIE LLP**
   1201 Third Avenue, 48th Floor
6  Seattle, Washington 98101
   Telephone: (206) 359-8000/Fax: (206) 359-9000
7

8  Attorneys for Defendant
   The Boeing Company

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | SCOTT OGAN and JANET OGAN, | CASE NO. C 04 5462-VRW
13 |          Plaintiffs,         | STIPULATION AND [PROPOSED]
                                    ORDER FOR CONDITIONAL
14 |     v.                        | DISMISSAL OF DEFENDANT
                                    THE BOEING COMPANY WITHOUT
15 | NORTHWEST AIRLINES, INC., a   | PREJUDICE
16 | Corporation, and THE BOEING COMPANY,
17 |          Defendants.

18     This stipulation is entered into by and between plaintiffs Scott Ogan and Janet Ogan
19 ("plaintiffs"), by and through their counsel of record O'Reilly, Collins & Danko; defendant
20 Northwest Airlines, Inc. ("Northwest"), by and through its counsel of record Pietragallo, Bosick &
21 Gordon; and defendant The Boeing Company ("Boeing"), by and through its counsel of record
22 Perkins Coie LLP, with respect to the following:
23     A.   Boeing believes that it did not design, manufacture, maintain, repair, refurbish or
24 sell the passenger seats or decide the configuration of the passenger seats on board the aircraft on
25 which Mr. Ogan allegedly traveled;
26     B.   Plaintiffs recognize the possibility that Boeing may have been involved with the
27 installation of some of the aircraft passenger seats at issue in this case; and
28

[LA050700.031]
01038-4335                                              Case No. C 04-5462-VRW

STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL DISMISSAL OF BOEING

1  C. Plaintiffs wish to dismiss Boeing from this litigation and reserve the right to
2  reassert their claims against Boeing in the event that discovery reveals within the next 18 months
3  that Boeing designed, manufactured, maintained, repaired, refurbished or sold the passenger seats
4  or decided the configuration of the passenger seats on board the aircraft on which Mr. Ogan
5  allegedly traveled on or about March 6, 2001 from Washington, D.C. to Anchorage, Alaska via
6  Minneapolis, Minnesota and Seattle, Washington.

8  IT IS HEREBY STIPULATED that plaintiffs' claims against Boeing are dismissed
9  without prejudice and without costs or attorney fees to any party hereto, subject to the following
10 conditions:
11  (1) Plaintiffs may reassert the same allegations and claims against Boeing as contained
12 in the Complaint filed June 7, 2004 if and only if discovery reveals prior to December 15, 2006
13 that Boeing designed, manufactured, maintained, repaired, refurbished or sold the passenger seats
14 or decided the configuration of the passenger seats on board the aircraft on which Mr. Ogan
15 allegedly traveled on or about March 6, 2001 from Washington, D.C. to Anchorage, Alaska via
16 Minneapolis, Minnesota and Seattle, Washington.
17  (2) Boeing agrees to toll any limitations period that could be asserted by Boeing with
18 respect to the claims against Boeing in the Complaint, from the date that this stipulated order of
19 dismissal becomes final until December 15, 2006. This extension shall not operate to revive any
20 claim as to which the applicable limitations period has run as of the date that this stipulated order
21 of dismissal becomes final.

**STIPULATED AND AGREED TO:**

DATED: June __, 2005

O'REILLY, COLLINS & DANKO

By: _____
Stephen J. Purtill, Esq.
Attorneys for Plaintiffs
SCOTT OGAN and JANET OGAN

| | | |
|---|---|---|
| 1 | DATED: June ___, 2005 | PIETRAGALLO, BOSICK & GORDON |
| 2 | | |
| 3 | | By: _____ |
| | | Clem C. Trischler, Esq. |
| 4 | | Attorneys for Defendant |
| | | NORTHWEST AIRLINES, INC. |
| 5 | DATED: June 16, 2005 | PERKINS COIE LLP |
| 6 | | |
| 7 | | By: _____ |
| | | Chung H. Han, Esq. |
| 8 | | Attorneys for Defendant |
| | | THE BOEING COMPANY |
| 9 | | |

### ORDER

IT IS SO ORDERED that plaintiffs' claims against The Boeing Company are dismissed without prejudice and without costs or attorney fees to any party hereto, subject to the conditions (1) and (2) set forth above.

Dated: 9/12, 2005

_____
The Honorable Vaughn R. Walker
Chief Judge of the United States District Court,
Northern District of California