IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:
DEEP VEIN THROMBOSIS

MDL DOCKET NO. M-04-1606 VRW

**JUDGMENT IN A CIVIL CASE**

This Document Relates to:

C04-5462 Ogan v Northwest Airlines

_____/

In pursuant to the Order dated March 29, 2005 that plaintiffs show cause why defendant Northwest Airlines should not be dismissed from this non-Warsaw case under the federal preemption reasoning announced in the court's March 11, 2005, order, plaintiffs response was due on or before April 18, 2005, and plaintiffs have not responded;

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of airline defendants on all of plaintiffs' claims.

Dated: September 12, 2005                                Richard W. Wieking, Clerk

By: _Cora Delfin_____
Deputy Clerk